JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PORTER, | Case No. 2:22-cv-09289-CJC (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. BIRKHOLTZ, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 22, 2023.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE